**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| WAYNE FINNEY, | : | **Hon. Robert B. Kugler** |
| | : | |
| Petitioner, | : | Civil No. 09-2760 (RBK) |
| | : | |
| v. | : | |
| | : | |
| FED. BUREAU OF PRISONS, et al.,, | : | **ORDER** |
| | : | |
| Respondents. | : | |
| | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   6th   day of     October    , 2009,

ORDERED that, within 20 days of the date of the entry of this Order, Petitioner shall pay to the Clerk the filing fee of $5.00; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is summarily DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

 s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**